

July 18, 2022

**VIA ECF**

The Honorable Lawrence J. Vilardo
United States District Judge
United States District Court
Western District of New York
Robert H. Jackson
United States Courthouse
2 Niagara Square
Buffalo, New York 14202

                    Re:    *Miller v. Colgate University,*
                             Case No.: 1:22-cv-371

Dear Judge Vilardo,

      The undersigned represents Kimberly Miller, ("Plaintiff") in the above referenced matter against Defendant, Colgate University, ("Defendant") (collectively the "Parties"). We write, with Defendant's consent, to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

      We thank the Court for its time and attention in this matter.

                                                                Respectfully submitted,

                                                              */s/Michael A. LaBollita, Esq.*
                                                              Michael A. LaBollita, Esq.

cc: All counsel of record via ECF