UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KIMBERLY MILLER, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

            Plaintiffs,

            v.

COLGATE UNIVERSITY,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-371

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), KIMBERLY MILLER, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, COLGATE UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
         August 19, 2022

                                                **GOTTLIEB & ASSOCIATES**

                                                _/s/Michael A. LaBollita, Esq._

                                        Michael A. LaBollita, Esq., (ML-9985)
                                                   150 East 18th Street, Suite PHR
                                                               New York, NY 10003
                                                                 Phone: (212) 228-9795
                                                                    Fax: (212) 982-6284
                                                                 Michael@Gottlieb.legal

                                                                _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge